UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANAMARIA MIRELA PAULIUC, *et al.*,<br><br>                        Plaintiffs,<br>           v.<br><br>CONNIE NOLAN, *et al.*,<br><br>                        Defendants. | Case No. 2:25-cv-00067-~~TLF~~JLR<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>February 20, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their immigration benefit applications. USCIS has adjudicated the applications, and this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00067] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1   DATED this 20th day of February, 2025.

2   Respectfully submitted,

3   TEAL LUTHY MILLER                              GLOBAL LAW ADVOCATES, PLLC
    Acting United States Attorney

4
    *s/ Michelle R. Lambert*                       *s/ Inna Scott*
5   MICHELLE R. LAMBERT, NYS #4666657              INNA SCOTT, WSBA #46864
    Assistant United States Attorney               Global Law Advocates, PLLC
6   United States Attorney's Office                655 South Orcas Street, Ste. 210
    Western District of Washington                 Seattle, Washington 98108
7   1201 Pacific Avenue, Suite 700                 Phone: 206-774-8758
    Tacoma, Washington 98402                       Email: iscott@globallawadvocates.com
8   Phone: (206) 553-7970                          *Attorneys for Plaintiff*
    Fax:    (206) 553-4067
9   Email:  michelle.lambert@usdoj.gov

10  *Attorneys for Defendants*

11  *I certify that this memorandum contains 67 words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

1 **[PROPOSED] ORDER**

2  The case is dismissed without prejudice.  It is so **ORDERED**.

4  DATED this 21st day of February, 2025.

*[signature: James L. Robart]*

JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00067] - 3

UNITED STATES ATTORNEY
1201 P<small>ACIFIC</small> A<small>VE</small>., S<small>TE</small>. 700
T<small>ACOMA</small>, WA 98402
(253) 428-3800